# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**TERENCE TYRELL MORRIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1093

[July 9, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mariya Weekes, Judge; L.T. Case Nos. 16-003489CF10A and 16-015012CF10A.

Terence Tyrell Morris, Bonifay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***